NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FAIZAH NAILAH DEAN, | No. 15-55314 |
| Plaintiff-Appellant, | D.C. No. 5:12-cv-01435-MWF-DTB |
| v. | |
| SOUTHERN CALIFORNIA EDISON; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS 47, a Unincorporated Association, | MEMORANDUM* |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Central District of California
Michael W. Fitzgerald, District Judge, Presiding

Submitted January 18, 2017**

Before:    TROTT, TASHIMA, and CALLAHAN, Circuit Judges.

Faizah Nailah Dean appeals pro se from the district court's order rejecting

Dean's fourth post-judgment motion for relief from the district court's order

_____

*        This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

**       The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

granting summary judgment. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion the district court's decision to deny a Fed. R. Civ. P. 60(b) motion. *Casey v. Albertson's Inc.*, 362 F.3d 1254, 1257 (9th Cir. 2004). We affirm.

The district court did not abuse its discretion in rejecting Dean's Rule 60(b) motion where Dean failed to file it "within a reasonable time". Fed. R. Civ. P. 60 (c); *Ashford v. Steuart*, 657 F.2d 1053, 1055 (9th Cir. 1981) (setting forth factors to determine whether a Fed. R. Civ. P. 60(b)(1)-(3) motion has been filed within a "reasonable time"; where the time for a direct appeal has passed, "the interest in finality must be given great weight").

**AFFIRMED.**